United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

WILFRIDO SANDOVAL DELGADO,

Petitioner,

v.

VERANIA DIAZ MARQUEZ,

Respondent.

Case No.  23-cv-05141-VKD

**ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO SEAL**

Re: Dkt. No. 47

Petitioner Wilfrido Sandoval Delgado and respondent Verania Diaz Marquez jointly move to seal certain exhibits admitted during the bench trial in this case.  Dkt. No. 47.  For the reasons described below, the Court grants the parties' motion.

I.      **LEGAL STANDARD**

"Historically, courts have recognized a 'general right to inspect and copy public records and documents, including judicial records and documents.'"  *Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 & n.7 (1978)).  [B]ecause the resolution of a dispute on the merits, whether by trial or summary judgment, is at the heart of the interest in ensuring the 'public's understanding of the judicial process and of significant public events,'" the Ninth Circuit has stated that there is a "strong presumption of access" to these records which can only be overcome by a showing of "compelling reasons."  *Id.* at 1179 (quoting *Valley Broadcasting Co. v. U.S. Dist. Ct.*, 798 F.2d 1289, 1295 (9th Cir. 1986)).  The party seeking to seal a judicial record bears the burden of showing compelling reasons to overcome this presumption.  *Id.* at 1178.

Sealing motions in this district must be "narrowly tailored to seek sealing only of sealable

1    material." Civil L.R. 79-5(c)(3).  A party moving to seal a document in whole or in part must

2    explain "why a less restrictive alternative to sealing is not sufficient."  Civil L.R. 79-5(c)(1)(iii).

3    **II.      DISCUSSION**

4            The parties ask to seal photos and videos of their minor child, JASD.  Dkt. No. 47 at 3.

5    The Court agrees that the protection of JASD's identity is a compelling reason to seal these

6    exhibits.  *See Harvey v. Means*, No. 2:23-CV-1712, 2023 WL 8188681, at *1-2 (W.D. Wash. Nov.

7    27, 2023) (finding compelling reasons to seal photos and other materials admitted at trial in Hague

8    Convention case); *see also Dudgeon v. Cnty. of Sonoma*, No. 19-CV-05615-JCS, 2021 WL

9    5935618, at *1 (N.D. Cal. Nov. 18, 2021) (finding compelling reasons to seal videos of plaintiff's

10   minor children).  For most of the exhibits in question, there is no less restrictive alternative to

11   complete sealing.  *See* Civil L.R. 79-5(c)(1)(iii).  The sole exception is Exhibit 38, which consists

12   of Whatsapp chats between the parties and includes some photos of JASD.  *See* Dkt. No. 47-15.

13   The parties propose sealing in their entirety the pages of this exhibit containing photos of JASD,

14   but the Court concludes that it is necessary to redact only the photos themselves, and not the text

15   messages, from the public version of this exhibit.  Dkt. No. 47 at 2.

16           The parties also ask to seal Exhibit 49, a forensic medical evaluation of Ms. Diaz.  *See* Dkt.

17   No. 47 at 2.  The Court agrees that protection of Ms. Diaz's private health information is a

18   compelling reason to seal this exhibit.  *See Tooker v. Mak*, No. 20-CV-07373-HSG, 2022 WL

19   1131633, at *3 (N.D. Cal. Mar. 7, 2022); *Pratt v. Gamboa*, No. 17-CV-04375-LHK, 2020 WL

20   8992141, at *2 (N.D. Cal. May 22, 2020) (both finding compelling reasons to seal medical

21   records).  However, the Court notes that an unredacted version of Exhibit 49 has already been filed

22   on the public docket.  *See* Dkt. No. 48-8.  The Court construes the parties' motion to seal as a

23   request to seal this previously-filed document and to file Exhibit 49 under seal in its entirety.

24           Accordingly, the Court grants the motion to seal and orders as follows:

25           The following exhibits shall be sealed:  4, 6-10, 13-24 (Dkt. Nos. 47-2 through 47-14), 49

26   (Dkt. No. 48-8), and 50A, 93, 322, 325 (Dkt. Nos. 47-16 through 47-19).  The parties shall prepare

27   a redacted version of Exhibit 38 (Dkt. No. 47-15) that complies with this order to be posted on the

28   public docket by **February 23, 2024**.

United States District Court
Northern District of California

1    **IT IS SO ORDERED.**

2    Dated: February 16, 2024

3

4

5    VIRGINIA K. DEMARCHI
     United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California